In the Matter of the Petition of ANNA BELLE LINCH, as Executrix, etc.,
of GEORGE W. LINCH, Deceased, Respondent, in GUARANTY TRUST
COMPANY OF NEW YORK, Appellant, v. SECOND AVENUE RAILROAD COM-
PANY IN THE CITY OF NEW YORK, Defendant.

Appeal by the plaintiff from an order of the Supreme Court, entered
in the New York county clerk's office June 28, 1917, fixing the compen-
sation of the deceased receiver of the Second Avenue Railroad Company
of New York.

PER CURIAM: We are of opinion that the fees of the deceased receiver
should be reduced by $25,000. After making the various deductions pro-
vided for in the order, from which the appeal is taken, the amount payable
to the executrix would be $54,500. The plaintiff should not have been
required to pay this recovery in the first instance, but the same should be
a first lien upon the funds in the hands of the present receiver and entitled
to priority in payment over everything except taxes and necessary current
operating expenses. The order will be modified as above indicated, and
as modified affirmed, without costs. Present — Clarke, P. J., Scott, Dowl-
ing, Smith and Page, JJ. Order modified as indicated in opinion and as
so modified affirmed, without costs.

DOROTHY A. MASON v. FRANK I. D. BRISTOL and Another.— Stay
continued until decision on appeal from order granting new trial. Order
to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith
and Page, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., v.
GEORGE G. HEYE and Others.— Preference granted for October ninth.
Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of AUGUSTIN DALY, Deceased.— Preference granted for
October sixteenth. Present — Clarke, P. J., Scott, Dowling, Smith and
Page, JJ.

DOROTHY A. MASON v. FRANK G. BUTLER, as Executor, etc., and
Another.— Extension of time to print and serve case on appeal extended
to October 18, 1917. Order to be settled on notice. Present — Clarke,
P. J., Scott, Dowling, Smith and Page, JJ.

EDWIN M. POST and Others v. EDWARD R. THOMAS and Others.— Coun-
sel on argument having asked that leave be granted to withdraw this
application to amend the record, such leave is granted, without costs.
Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

NATHAN YOHALEM and Another, Copartners, etc., Respondents, v.
THOMAS PAGE, Appellant.— Order reversed, with ten dollars costs and
disbursements, and motion granted. No opinion. Present — Clarke, P. J.,
Scott, Dowling, Smith and Page, JJ.